UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---------------------------------------------------------------------X

BOROCHOV, *et al.*

                Appellants,

        -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*

                Appellees.

Case no: 22-7058

---------------------------------------------------------------------X

## **APPELLANT'S STATEMENT OF ISSUES TO BE RAISED**

This appeal is expected to raise the issue of what showing a non-US-citizen plaintiff must make in a case arising under the terrorism exception to the Foreign Sovereign Immunity Act, 28 U.S.C. § 1605A, regarding damages recoverable under the law of the relevant foreign jurisdiction, whether the showing made by the Appellants in the court below was sufficient, whether the district judge erred in denying a damages award to the Appellants, and such other issues as may be apparent from the record.

Dated:   Brooklyn, New York
           May 19, 2022

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Appellants*

by: _____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
rtolchin@berkmanlaw.com