# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 22-7058                                            September Term, 2022

1:19-cv-02855-TNM

**Filed On:** May 4, 2023

Eli M. Borochov, et al.,

       Appellees

Shari Mayer Borochov, et al.,

       Appellants

    v.

Islamic Republic of Iran and Syrian Arab Republic,

       Appellees

     **BEFORE:**    Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing the following questions: Does the waiver of sovereign immunity contained in 28 U.S.C. § 1605A(a)(1) apply to cases in which only an attempted extrajudicial killing occurred, or in which the provision of material support for an extrajudicial killing caused only non-lethal injuries? The following supplemental briefing format and schedule will apply:

| | |
|---|---|
| Supplemental Brief for Appellants<br>(not to exceed 1,500 words) | May 18, 2023 |
| Supplemental Brief for Appointed Amicus Curiae<br>(not to exceed 1,500 words) | May 18, 2023 |

It is **FURTHER ORDERED**, on the court's own motion, that the United States Department of Justice be invited to file a brief amicus curiae providing the views of the United States on these questions. That brief may not exceed 1,500 words and should be filed no later than May 25, 2023.

The supplemental briefs are due by 4:00 p.m. on the date due. In addition to electronic filing, the parties are directed to hand deliver paper copies of the supplemental briefs to the Clerk's office by the time and date due.

### Per Curiam

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                    BY:    /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk