# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7058**  September Term, 2023

1:19-cv-02855-TNM

Filed On: September 29, 2023 [2019846]

Eli M Borochov, et al.,

      Appellees

Shari Mayer Borochov, et al.,

      Appellants

   v.

Islamic Republic of Iran and Syrian Arab Republic,

      Appellees

  **BEFORE:**   Circuit Judges Millett, Pillard, and Garcia

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 29, 2023 at 2:00 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

  Michael Radine, counsel for Appellants.

  Ben Buell (Student Counsel), Court-Appointed Amicus Curiae.

  Brad Hinshelwood (DOJ), Amicus United States.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                Anne A. Rothenberger
                                Deputy Clerk