# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7058**  September Term, 2023

1:19-cv-02855-TNM

**Filed On:** April 25, 2024

Eli M Borochov, et al.,

    Appellees

Shari Mayer Borochov, et al.,

    Appellants

    v.

Islamic Republic of Iran and Syrian Arab Republic,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk