# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7058**  September Term, 2023

1:19-cv-02855-TNM

Filed On: **May 3, 2024** [2052757]

Eli M Borochov, et al.,

    Appellees

Shari Mayer Borochov, et al.,

    Appellants

    v.

Islamic Republic of Iran and Syrian Arab Republic,

    Appellees

## M A N D A T E

In accordance with the judgment of March 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed March 8, 2024