# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 17, 2024

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Shari Mayer Borochov, et al.
           v. Islamic Republic of Iran, et al.
           Application No. 24A49
           (Your No. 22-7058)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on July 17, 2024, extended the time to and including September 9, 2024.

This letter has been sent to those designated on the attached notification list.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Sara Simmons
           Case Analyst



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JUL 19 2024
RECEIVED

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Matthew Dempsey McGill
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 19 2024

RECEIVED

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001



FIRST-CLASS MAIL
07/17/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

200018<!--  -->2866 C003