# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 11, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Shari Mayer Borochov, et al.
         v. Islamic Republic of Iran, et al.
         No. 24-277
         (Your No. 22-7058)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 9, 2024 and placed on the docket September 11, 2024 as No. 24-277.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Susan Frimpong
         Case Analyst