# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7058**　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　1:19-cv-02855-TNM

　　　　　　　　　　　　　　　　　　**Filed On: January 24, 2023**

Eli M Borochov, et al.,

　　　　Appellees

Shari Mayer Borochov, et al.,

　　　　Appellants

　　v.

Islamic Republic of Iran and Syrian Arab
Republic,

　　　　Appellees

　　　　**BEFORE:**　　Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellants' brief and appendix, it is

**ORDERED**, on the court's own motion, that

　　Catherine Emily Stetson, Esquire
　　Appellate Litigation Clinic
　　University of Virginia School of Law
　　580 Massie Road
　　Charlottesville, VA 22903

a member of the Bar of this court, be appointed as amicus curiae to present arguments in support of the portions of the district court's orders at issue on appeal. The court has concluded that it is in the court's interest to appoint amicus. See D.C. Circuit Handbook of Practice and Internal Procedures 26 (2021). While not otherwise limited, amicus is directed to address whether the district court's denial of default judgment constitutes a final decision within the meaning of 28 U.S.C. § 1291.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-7058**  **September Term, 2022**

     The Clerk is directed to enter the remainder of the briefing schedule and calendar this case for presentation to a merits panel.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk