# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-7058**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:19-cv-02855-TNM**

**Filed On: May 3, 2023** [1997976]

Eli M Borochov, et al.,

    Appellees

Shari Mayer Borochov, et al.,

    Appellants

  v.

Islamic Republic of Iran and Syrian Arab Republic,

    Appellees

    **BEFORE:**　　Circuit Judges Millett, Pillard, and Wilkins

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, May 3, 2023 at 9:35 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

  Robert J Tolchin, counsel for Appellants.

  Andrew Nell (Student Counsel), Court-Appointed Amicus Curiae.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                              BY:　　/s/
                                              Anne A. Rothenberger
                                              Deputy Clerk