# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7058**                    **September Term, 2022**

**1:19-cv-02855-TNM**

**Filed On: May 31, 2023** [2001351]

Eli M Borochov, et al.,

       Appellees

Shari Mayer Borochov, et al.,

       Appellants

    v.

Islamic Republic of Iran and Syrian Arab
Republic,

       Appellees

**BEFORE:**    Millett, Pillard, and Wilkins, Circuit Judges

# <u>O R D E R</u>

Upon consideration of the motion of U.S. veterans for leave to file an amici brief in support of appellants, and the lodged amici brief, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodge brief amici curiae.

**<u>Per Curiam</u>**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk